UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 3 0 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BILL MERCER,

              Plaintiff,

v.

UNITED STATES OF AMERICA,

              Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.
07-CV-571
(DNH) (DEP)

## ORDER

A motion having been made by the United States of America for Summary Judgment against the plaintiff, Bill Mercer, and no response having been filed by plaintiff, and the motion being taken upon submission with no appearance necessary,

NOW, on consideration of all the papers submitted in support of the motion and upon all the pleadings and papers in this action, it is hereby

ORDERED, that United States' motion for summary judgment against the plaintiff, Bill Mercer, is in all respects granted.

Dated: November 28, 2007
Utica, New York

HON. DAVID N. HURD
UNITED STATES DISTRICT JUDGE